**Marilyn D. Garner, Attorney at Law**
2000 East Lamar Boulevard
Suite 600
Arlington, Texas 76006

Phone: (817) 588-3075
Bar Number: 07675550

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| IN RE: | § | |
|---|---|---|
| (H) **Eltee O. Dave, Jr.** | § | CASE NO: |
| (W) | § | |
| Debtor(s) | § | |
| | § | |

FOR CLERK'S USE ONLY

## DEBTOR'S PRELIMINARY CHAPTER 13 PLAN          DATED: 1/5/2004 .

| TRUSTEE'S NOTES: | | | Date Case Filed | |
|---|---|---|---|---|
| | | | Type of Payment<br>1=Annual, 2=Semi-Annual<br>4=Quarterly, 12=Monthly | **12** |
| | | | First Payment Due | **2/19/2004** |
| H&W Monthly Take Home Pay | **$1,418.06** | Periodic Payment Amount | | **Variable*** |
| Less Expenses | **$1,365.19** | Number of Plan Payments | | **58 months** |
| Equals Surplus | **$52.87** | Equals Base Plan Amount | | **$9,800.00** |
| | | Calculated Amount | | **$9,800.00** |
| Total Debtor Attorney Fees | **$2,000.00** | Noticing Fees: # of Notices X 1 | | **11** |
| Attorney Fees paid by Trustee<br>(Gross amount paid including interest, if any) | **$1,500.00** | The Trustee shall be allowed to collect noticing fees from the first distribution to creditors. | | |
| | | Rate | | **$1.05** |
| Total Filing Fees of $194.00 with | **$0.00**<br>paid by Trustee | Total Noticing Fees | | **$11.55** |

### HOME MORTGAGE:

Regular mortgage payments on all liens to be paid "Direct" by Debtor beginning on_____**N/A**_____.
Arrearages are to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| **(None)** | | | | | | |

### SECURED CREDITORS:

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | # of Pmts. | CD | Periodic Payment Amount |
|---|---|---|---|---|---|---|---|---|
| Ameriquest Mortgage | 1041 Indian Hills Drive, Grand Prairie, T | $1,080.00 | $1,080.00 | 7% | 1-58 | 58 | 1 | Pro-Rata |
| Dallas County Tax Assessor | Homestead | $5,822.00 | $40,510.00 | 0% | 1-58 | 58 | 1 | Pro-Rata |
| Ameriquest Mortgage | 1041 Indian Hills Drive, Grand Prairie, T | $15,762.87 | $40,510.00 | 7% | N/A | N/A | 0 | $0.00 (Direct) |
| Earl Hyles Auto Sales | '89 Chevy Cavalier | $450.00 | $1,200.00 | 8% | N/A | N/A | 0 | $0.00 (Direct) |

CD....... 0 = Direct or Surrender, 1 = Paid by Trustee   *(Any Deficiency will automatically be bifurcated or "split" and included in the unsecured class)*

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Eltee O. Dave, Jr.**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

### EXECUTORY CONTRACTS AND UNEXPIRED LEASES:

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| **(None)** | | | |
| | | | No |

### PRIORITY CREDITORS:

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

### SPECIAL CLASS UNSECURED CREDITORS:

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | # of Pmts. | Periodic Payment Amount |
|---|---|---|---|---|---|---|

### GENERAL UNSECURED CREDITORS:

The general unsecured creditors, listed below, will receive an estimated __**3%**__ of their claims, or a pro rata share of Total Payments (Base Plan Amount) shown above, after all of the above claims are paid in full.

| Name | Note | Amount |
|---|---|---|
| Alm Insurance Agency | | $0.00 |
| Earl Hyles Auto Sales | | $450.00 |
| Medical Center of Arlington | | $3,068.38 |
| Medical Center of Arlington | | $0.00 |
| Medical Center of Arlington | | $1,828.30 |
| National Lloyds Insurance Co. | | $613.00 |
| | Total Unsecured Debt ---> | **$5,959.68** |

The total of all unsecured debt, including deficiencies is __**$5,959.68**__ with __**$173.80**__ paid to the unsecured creditors.

\* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Eltee O. Dave, Jr.**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN** *Page 3*

## COMPUTATION OF REQUIRED PLAN PAYMENTS:

|  | Total Amounts | Total Payments with Interest (Gross amount to be disbursed) |
|---|---|---|
| Filing Fees | $0.00 | $0.00 |
| Noticing Fees | $11.55 | $11.55 |
| Debtor Attorney Fees | $1,500.00 | $1,500.00 |
| Home Mortgage Arrears | $0.00 | $0.00 |
| Secured Claims | $6,902.00 | $7,135.80 |
| Priority Claims | $0.00 | $0.00 |
| Special Class Unsecured Claims | $0.00 | $0.00 |
| General Unsecured Claims | $5,959.68 | $173.80 |
| **Totals** | **$14,373.23** | **$8,821.15** |

| | | | | |
|---|---|---|---|---|
| With Zero to Unsecureds | $9,626.20 | Trustee Fees  __10__ % of Total Payments (less filing & noticing fees) | $978.84 |
| Base Plan Amount | $9,800.00 | | |
| Available for Unsecureds | $173.80 | Total Payments  Total distribution + Trustee Fees + Filing & Notice Fees | $9,799.99 |
| Unsecured Percentage  Computed on Base Plan Amount | 3% | Required Periodic Payment  to Achieve Unsecured Percentage | $168.97 |

* See Pro Forma, if attached, for a detail of Pro-Rata and/or Variable payments.

*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Eltee O. Dave, Jr.**
(W)
(C#)

**DEBTOR'S PRELIMINARY CHAPTER 13 PLAN**

*Page 4*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that a copy of the foregoing PRELIMINARY CHAPTER 13 PLAN was served upon the following parties of interest:

and all parties and creditors listed on the original mailing matrix and any amended mailing matrix.

DATED:_____

    **/s/ Marilyn D. Garner**_____
**Marilyn D. Garner**

**Marilyn D. Garner, Attorney at Law**
2000 East Lamar Boulevard
Suite 600
Arlington, Texas 76006

Phone: (817) 588-3075
Bar Number: 07675550

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

IN RE: § 
　**Eltee O. Dave, Jr.** § CASE NO:
 §
　Debtor(s) §
 §

FOR CLERK'S USE ONLY

## AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT    DATED: 1/5/2004 .

The undersigned Debtor(s) hereby request that payments received by the Trustee prior to confirmation be disbursed in accordance with Standing Order Number 93-1, as indicated below:

| Periodic Payment Amount | Variable Plan Payments. See Monthly Schedule below.* | |
|---|---|---|
| Disbursements | First (1) | Second (2) (Other) |
| Account Balance Reserve | $5.00 | See below* |
| Related Expense to Trustee | $4.50 | See below* |
| Filing Fees | $0.00 | See below* |
| Noticing Fees | $11.55 | See below* |
| **Subtotal Expenses/Fees** | **$21.05** | **See below*** |
| Available for Adequate Protection, Attorney Fees and Undisputed Priority Claims from First and Second Disbursements: | $28.95 | See below* |

**SECURED CREDITORS:**

| Name | Collateral | Scheduled Amount | Value of Collateral | Adequate Protection Percentage | Adequate Protection Payment Amount |
|---|---|---|---|---|---|
| Ameriquest Mortgage | 1041 Indian Hills Drive, Grand Pra | $1,080.00 | $1,080.00 | 1.25% | $13.50 |
| Dallas County Tax Assessor | Homestead | $5,822.00 | $40,510.00 | 1.25% | $72.78 |

|   |   |
|---|---|
| Total Adequate Protection Payments: | **$86.28** |
| Funds Available For Debtor's Attorney First Disbursement: | **$0.00** |
| Funds Available For Debtor's Attorney Future Disbursements: | **See below*** |
| Estimated Number of Months to Pay all Attorney Fees: | **29** |
| Available For Secured Creditors as Authorized Above After Debtor's Attorney Fees are Paid in Full: | **$180.00**** |

ADEQUATE PROTECTION PAYMENTS TO SECURED CREDITORS WILL AUTOMATICALLY INCREASE TO PLAN PAYMENT AMOUNTS IF ATTORNEY'S FEES ARE PAID IN FULL OR $1,500.00 IS PAID AND $500.00 IS RESERVED PRIOR TO CONFIRMATION. ANY EXCESS FUNDS WILL BE PAID TO UNDISPUTED PRIORITY AND/OR SPECIAL CLASS UNSECURED CLAIMS.

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

(H) **Eltee O. Dave, Jr.**　　**AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT**　　**Page 2**
(W)
(C#)

## *Monthly Schedule

| Month | Plan Payment | Account Balance Reserve | Related Expense to Trustee | Filing Fees | Noticing Fees | Subtotal Expenses/ Fees | Available | Available for APD | Available for Attorney |
|---|---|---|---|---|---|---|---|---|---|
| 1 | $50.00 | $5.00 | $4.50 | $0.00 | $11.55 | $21.05 | $28.95 | $28.95 | $0.00 |
| 2 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 3 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 4 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 5 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 6 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 7 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 8 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 9 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 10 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 11 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 12 | $50.00 | | $5.00 | | | $5.00 | $45.00 | $45.00 | $0.00 |
| 13 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 14 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 15 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 16 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 17 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 18 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 19 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 20 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 21 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 22 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 23 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 24 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 25 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 26 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 27 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 28 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |
| 29 | $200.00 | | $20.00 | | | $20.00 | $180.00 | $86.28 | $93.72 |

☐ **PROPOSED, AUTHORIZED, REQUESTED AND ACKNOWLEDGED BY DEBTORS:**
☐ **DEBTOR(S) DECLINE(S) AUTHORIZATION FOR PRE-CONFIRMATION DISBURSEMENT:**

DATED:_____

_/s/ Marilyn D. Garner_____　　_____
Attorney for Debtor(s)　　　　　　　　　　　　　　　　　　　Trustee, Attorney for Trustee or Trustee's Representative

---

** Amount is based on the plan payment scheduled on the month following the month when the attorney fees are paid in full.
*Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas - (210) 561-5300.*

**Marilyn D. Garner, Attorney at Law**
2000 East Lamar Boulevard
Suite 600
Arlington, Texas 76006

Phone: (817) 588-3075
Bar Number: 07675550

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

IN RE:                                §
 (H)  **Eltee O. Dave, Jr.**          §     CASE NO:
      xxx-xx-1547                     §
 (W)                                  §
                                      §
                                      §
        Debtor(s)                     §

FOR CLERK'S USE ONLY

# CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")     DATED: 1/5/2004

Petition was filed on _____.

H&W Monthly Take Home Pay: __**$1,418.06**__    Expenses: __**$1,365.19**__    Surplus: __**$52.87**__

First payment due by: __2/19/2004__.

**PLAN PAYMENT:** Debtor(s) to pay __**Variable***__ per month for __**58 months**__ for a total of __**$9,800.00**__.

**ADMINISTRATIVE:** Total debtor's attorney fees of __**$2,000.00**__ with __**$1,500.00**__ through the plan.
Outstanding filing fees of _____ will be paid through the plan.
If applicable, the trustee shall collect noticing fees from the first disbursement in the amount of __**$11.55**__.

**HOME MORTGAGE:** Regular mortgage payments on all liens to be "Direct" by Debtor beginning _____; arrearages to be paid by the Trustee as follows:

| Lien Holder | Total Arrearage | Through MM/DD/YY | Interest Rate | Payment Term | # of Payments | Periodic Payment Amount |
|---|---|---|---|---|---|---|

**SECURED CREDITORS:**

| Name | Description of Collateral | Scheduled Amount | Value of Collateral | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|---|
| Ameriquest Mortgage | 1041 Indian Hills Drive, Grand Prairie, T | $1,080.00 | $1,080.00 | 7% | 1-58 | Pro-Rata |
| Dallas County Tax Assessor | Homestead | $5,822.00 | $40,510.00 | 0% | 1-58 | Pro-Rata |
| Ameriquest Mortgage | 1041 Indian Hills Drive, Grand Prairie, T | $15,762.87 | $40,510.00 | 7% | N/A | $0.00 (Direct) |
| Earl Hyles Auto Sales | '89 Chevy Cavalier | $450.00 | $1,200.00 | 8% | N/A | $0.00 (Direct) |

**EXECUTORY CONTRACTS AND UNEXPIRED LEASES:**

| Creditor Name | Description of Contract | Election | In Default |
|---|---|---|---|
| (None) | | | No |

**PRIORITY CREDITORS:**

| Name | Amount Disputed | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|
| Law Firm of Marilyn D. Garner | $0.00 | $1,500.00 | 0% | | First Funds |

**SPECIAL CLASS UNSECURED CREDITORS:**

| Name | Basis for Classification | Scheduled Amount | Annual Int. Rate | Term | Periodic Payment Amount |
|---|---|---|---|---|---|

* Variable Payments Scheduled.  See Pro Forma, if attached.

(H) **Eltee O. Dave, Jr.**　　　**CHAPTER 13 PLAN SUMMARY (EXHIBIT "A")**　　　*Page 2*
(W)
(C#)

**GENERAL UNSECURED CREDITORS:**　　　Pay approximately **3%**　　　.

| Name | Disputed | Contingent | Note | Amount |
|---|---|---|---|---|
| Alm Insurance Agency | ☐ | ☐ | | $0.00 |
| Earl Hyles Auto Sales | ☐ | ☐ | | $450.00 |
| Medical Center of Arlington | ☐ | ☐ | | $3,068.38 |
| Medical Center of Arlington | ☐ | ☐ | | $0.00 |
| Medical Center of Arlington | ☐ | ☐ | | $1,828.30 |
| National Lloyds Insurance Co. | ☐ | ☐ | | $613.00 |
| | | | Total Unsecured Debt ---> | **$5,959.68** |

* Variable Payments Scheduled.  See Pro Forma, if attached.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IN RE: **Eltee O. Dave, Jr.** CASE NO

*Debtor(s)* CHAPTER **13**

## EXHIBIT "B" - VARIABLE PLAN PAYMENTS

### PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)

| Month | Payment | Month | Payment | Month | Payment |
|---|---|---|---|---|---|
| 1 | $50.00 | 21 | $200.00 | 41 | $200.00 |
| 2 | $50.00 | 22 | $200.00 | 42 | $200.00 |
| 3 | $50.00 | 23 | $200.00 | 43 | $200.00 |
| 4 | $50.00 | 24 | $200.00 | 44 | $200.00 |
| 5 | $50.00 | 25 | $200.00 | 45 | $200.00 |
| 6 | $50.00 | 26 | $200.00 | 46 | $200.00 |
| 7 | $50.00 | 27 | $200.00 | 47 | $200.00 |
| 8 | $50.00 | 28 | $200.00 | 48 | $200.00 |
| 9 | $50.00 | 29 | $200.00 | 49 | $200.00 |
| 10 | $50.00 | 30 | $200.00 | 50 | $200.00 |
| 11 | $50.00 | 31 | $200.00 | 51 | $200.00 |
| 12 | $50.00 | 32 | $200.00 | 52 | $200.00 |
| 13 | $200.00 | 33 | $200.00 | 53 | $200.00 |
| 14 | $200.00 | 34 | $200.00 | 54 | $200.00 |
| 15 | $200.00 | 35 | $200.00 | 55 | $200.00 |
| 16 | $200.00 | 36 | $200.00 | 56 | $200.00 |
| 17 | $200.00 | 37 | $200.00 | 57 | $200.00 |
| 18 | $200.00 | 38 | $200.00 | 58 | $200.00 |
| 19 | $200.00 | 39 | $200.00 | 59 | |
| 20 | $200.00 | 40 | $200.00 | 60 | |